| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Duffey, Jr., William S | 2. Court or Organization Northern District of Georgia | 3. Date of Report 07/25/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Court.- Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address  1721 United States Courthouse 75 Spring Street, S.W. Atlanta, GA 30303-3309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED JUL 31 2 53 PM '06 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[  ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Simon & Schuster - royalties from copyrights |
| 2. 2005 | Holtzbrink Publishing Holdings, LP - royalties from copyrights |
| 3. 2005 | Penguin Group (USA) Inc. - royalties from copyrights |
| 4. 2005 | Random House, Inc. - royalties from copyrights |
| 5. 2005 | Self-employed writer |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[  ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. National Law Review Association | March 17-18 - Charleston, SC - Speech at National Law Review Association meeting (Airfare, Hotel, and Lunch) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 07/25/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 07/25/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #2 | | | | | | | | | |
| 2. -Active Assets Money Trust (Formerly Active Assets Fund) | A | Dividend | J | T | | | | | |
| 3. | B | Distribution | | | | | | | |
| 4. -Blackrock Ins Muni Term Fund | A | Interest | | | Sell | 12-20 | J | | |
| 5. -Ishares MSCI Japan Index Fund | | None | | | Sell | 1-13 | J | B | |
| 6. -Europe Fund | | None | | | Buy | 1-13 | J | | |
| 7. | | None | | | Sell | 7-6 | J | | |
| 8. -American LTD Term Tax-Ex Bond | A | Interest | K | T | | | | | |
| 9. -Franklin Mutual Shares Fund | | None | K | T | | | | | |
| 10. -Morgan Stanley Asia Pacific | A | Dividend | K | T | | | | | |
| 11. -Troup Co Facs BE | A | Interest | K | T | | | | | |
| 12. -AAtlanta WTR-A BE | B | Interest | K | T | | | | | |
| 13. -Van Kampen Emerging Market Fund | | None | M | T | | | | | |
| 14. -Van Kampen Equity Growth Fund | | None | L | T | | | | | |
| 15. -Ishares Goldman Sachs Tec Ind | | None | K | T | Buy | 12-27 | K | | |
| 16. -Vanguard European Vipers | A | Dividend | J | T | Buy | 7-11 | J | | |
| 17. IRA #1 | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 07/25/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | B | Interest | | | | | | | |
| 19. -Liquid Asset Fund | | | | | | | | | |
| 20. -Health Care Sel Sect Spdr | | | | | Buy | 2-28 | K | | |
| 21. -Ishares MSCI Eafe Fund | | | | | | | | | |
| 22. -Powershares Hi Yld Eq Div | | | | | | | | | |
| 23. -Putnam Premier Income TR SBI | | | | | | | | | |
| 24. -Utilities Sel Sect Spdr Fund | | | | | Buy | 4-19 | J | | |
| 25. -Government National Mortgage Assn Pool 7.5% | | | | | Partial sale | 12-15 | J | | |
| 26. -FHR 2920 WG 5.25% | | | | | Buy | 1-13 | J | | |
| 27. | | | | | Partial sale | 12-15 | J | | |
| 28. -Federal National Mtg Assn | | | | | Buy | 12-20 | J | | |
| 29. -MS International Small Cap | | | | | | | | | |
| 30. -MS Special Value Fund B | | | | | | | | | |
| 31. -MS Intertational Fund | | | | | | | | | |
| 32. -Cohen & Steers REIT Trust | | | | | Sell | 5-20 | J | A | |
| 33. | | | | | Sell | 2-28 | K | D | |
| 34. IRA #2 | D | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 07/25/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | D | Interest | | | | | | | |
| 36. -Liquid Asset Fund | | | | | | | | | |
| 37. -Blackrock LTD Duration, Inc. | | | | | | | | | |
| 38. -Eaton Vance LTD Duration Inc. | | | | | | | | | |
| 39. -Ishares DJ Basic Materials | | | | | | | | | |
| 40. -Ishares DJ Consumer Noncyclical | | | | | Sell | 12-20 | K | D | |
| 41. -Ishares DJ Healthcare | | | | | | | | | |
| 42. -Ishares DJ Industrial | | | | | Sell | 12-20 | L | D | |
| 43. -Ishares DJ Financial | | | | | Partial sale | 6-8 | K | C | |
| 44. -Ishares DJ Consumer Cyclical | | | | | | | | | |
| 45. -Ishares S&P Global Energy | | | | | | | | | |
| 46. -MFS Multimarket Income Trust | | | | | Sell | 12-7 | K | | |
| 47. -Morgan Stanley Emerg Mkts Fund | | | | | | | | | |
| 48. -Nuveen Qual Pfd Income Fund | | | | | Buy | 12-7 | K | | |
| 49. -Powershares Dynamic Pharmaceutical | | | | | Buy | 12-20 | K | | |
| 50. -Powershares Exchange TR FD | | | | | Buy | 2-28 | M | | |
| 51. -The Technology Sel Sec SPDR FD | | | | | Buy | 6-8 | K | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes (See Column C2)    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 07/25/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -US Treasury Zero Coupon, 5/07 | | | | | | | | | |
| 53. -US Treasury Note 4.75% 11/15/08 | | | | | | | | | |
| 54. -US Treasury Zero Coupon 2/09 | | | | | | | | | |
| 55. -US Treasury note 6%, due 8/09 | | | | | | | | | |
| 56. -US Treasury Bond Inflation Index 3% | | | | | | | | | |
| 57. -FNMA Bond 3.25%, 11/07 | | | | | | | | | |
| 58. -FHLB Bond 4.75%, 9/09 | | | | | Buy | 12-20 | L | | |
| 59. -Federal Home Loan Mortgage Corp., 4.25%, 10/12 | | | | | Sell | 10-11 | K | A | |
| 60. -Fed Home Ln Mtg Corp | | | | | | | | | |
| 61. -Government National Mortgage Assn. 8%, 11/24 | | | | | Partial sale | 12-20 | J | | |
| 62. -MS Special Value Fund B | | | | | Partial sale | 6-8 | J | D | |
| 63. -Cohen & Steers REIT Trust | | | | | Sell | 5-20 | J | A | |
| 64. -Cohen & Steers REIT Trust | | | | | Sell | 2-28 | M | E | |
| 65. -MS Spectrum Select (Dean Witter Spectrum Select) | | | | | | | | | |
| 66. -MS DW Spectrum Currency | | | | | | | | | |
| 67. -MS Charter Campbell | | | | | | | | | |
| 68. -MSDW Charter DWFCM LP | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 07/25/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -MS Charter Graham | | | | | | | | | |
| 70. Roth IRA #1 | A | Dividend | J | T | | | | | |
| 71. -Van Kampen Growth & Income C | | | | | Buy | 4-19 | J | | |
| 72. Roth IRA #2 | A | Dividend | J | T | | | | | |
| 73. -Van Kampen Growth & Income C | | | | | Buy | 4-19 | J | | |
| 74. Brokerage account #4 | | | | | | | | | |
| 75. -MS American Opportunities Fund | | None | K | T | Partial sale | 2-2 | J | | |
| 76. -Dividend Grwth Securities B(Formerly MS Equity Fund B Fund) | A | Dividend | J | T | | | | | |
| 77. | B | Distribution | | | | | | | |
| 78. -Van Kampen Select Growth Fund | | None | J | T | | | | | |
| 79. -US Government Money Market Trust | | None | J | T | | | | | |
| 80. NW Mutual Extra Ordinary Life | | None | J | T | | | | | |
| 81. NW Mutual Estate CompLife | | None | K | T | | | | | |
| 82. NW Mutual 65 Life | | None | L | T | | | | | |
| 83. K & S Investments | A | Interest | J | U | | | | A | |
| 84. | A | Dividend | | | | | | | |
| 85. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 07/25/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. C & B Capital, L.P. * | A | Dividend | K | U | | | | D | |
| 87. | A | Interest | | | | | | | |
| 88. | D | Distribution | | | | | | | |
| 89. Betsy Byars, Inc. | | None | M | W | | | | | |
| 90. Gold coins | | None | J | T | | | | | |
| 91. Brokerage Account #1 | | | | | | | | | |
| 92. -Active Assets Fund | A | Dividend | | | | | | | |
| 93. -Blackrock Ins Muni Term Fund | A | Interest | | | Sell | 1-26 | K | | |
| 94. -Ishares MSCI EAFE Fund | A | Dividend | K | T | | | | | |
| 95. -Ishares MSCI Emerging Markets | A | Dividend | L | T | | | | | |
| 96. -Ishares DJ Basic Materials | A | Dividend | | | Sell | 8-1 | K | C | |
| 97. -Ishares DJ Consumer Cylclical | A | Distribution | K | T | | | | | |
| 98. | A | Dividend | | | | | | | |
| 99. -Ishares DJ Consumer Noncyclical | A | Dividend | K | T | | | | | |
| 100. -Ishares DJ Financial | B | Dividend | L | T | Partial sale | 6-8 | J | B | |
| 101. -Ishares DJ Healthcare | A | Dividend | L | T | | | | | |
| 102. -Ishares DJ Industrial | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 07/25/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Standard & Poors Midcap 400 | A | Dividend | K | T | Partial sale | 6-8 | J | C | |
| 104. | | | | | Partial sale | 9-22 | K | D | |
| 105. -American LTD Term Tax-Ex Bond | A | Interest | | | Sell | 6-8 | K | | |
| 106. -Intertational Value Equity Fund | D | Distribution | M | T | | | | | |
| 107. | B | Dividend | | | | | | | |
| 108. -Post Properties, Inc. RST | A | Distribution | | | Gift | 5-16 | J | | |
| 109. -Warren Co Go BE | B | Interest | K | T | | | | | |
| 110. -Richmond BOE BE | C | Interest | | | Sell | 12-21 | L | | |
| 111. -P R Pub Bldgs AU | B | Interest | | | Sell | 12-21 | K | | |
| 112. -PR Indl Trust BE | C | Interest | | | Sell | 12-21 | K | | |
| 113. | | | | | Sell | 10-11 | K | | |
| 114. | | | | | Sell | 10-27 | K | | |
| 115. | | | | | Sell | 11-22 | K | | |
| 116. -MS Equally Weighted S & P 500 | B | Distribution | L | T | | | | | |
| 117. | A | Dividend | | | | | | | |
| 118. -Georgia St General Obligation Ser D | . | None | M | T | Buy | 12-21 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 07/25/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

\* Total interest in fund is .2612%. During the reporting period, C&B Capital, L.P. held interests in the following companies:
Alimera Sciences, Inc.
Alliance Surgery, LLC
AppForge, Inc.
Central Security
Cypress Care, Inc.
Focus Receivables
Gevity HR, Inc.
GlobalCare, Inc.
nuBridges, Corp.
Payerpath, Inc.
SPI Dynamics, Inc.
VCG, Inc.
Focus, Inc.
BSC Ventures, Inc.

Note: The 2004 Financial Disclosure Report disclosed financial information for a dependent child who was not a dependent in 2005. The 2004 information was disclosed under the captions IRA #3 and Brokerage account #3.

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 07/25/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date July 25, 2006

NOTE: ANY ... ALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544